# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

| | | | |
|---|---|---|---|
| Courtroom Deputy: | LaDonne Bush | Date: | April 27, 2012 |
| Court Reporter: | Paul Zuckerman | | |
| Probation Officer: | Jan Woll | | |
| Interpreter: | Marcela Salazar | | |

Criminal Action No. 11-cr-00140-MSK

*Parties*:                                         *Counsel*:

UNITED STATES OF AMERICA,          Susan Knox

        Plaintiff,

v.

CARLOS FRANCISCO FELIX-           Harvey Steinberg
HERNANDEZ,

        Defendant.

---

## SENTENCING MINUTES
---

**4:19 p.m.**     **Court in session**.

Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing on January 27, 2012.  Defendant pled guilty to Count 1 of the Information.**

Parties received and reviewed the presentence report and all addenda.

The parties do not dispute the facts contained in the presentence report.

The parties do not dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The Government does request departure **(Doc. #285)**.

Allocution. - Statements made by defense counsel and the Government.

Sentencing Minutes
Judge Marcia S. Krieger
Page 2

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.

**ORDER:**	The Government's Motion for Downward Departure **(Doc. #285)** is granted.

**ORDER:**	**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

**ORDER**:	The facility detaining the defendant is directed to release the defendant as expeditiously as possible, no later than 5:00 p.m. on Monday, April 30.

The defendant is advised of his right to appeal.

**ORDER:**	Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**4:38 p.m.**	**Court in recess.**

Total Time: 00:19
Hearing concluded.